# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIMOTHY JACOBS,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:10-cv-541-Orl-22GJK**

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Amended Motion to Approve Settlement (Doc. No. 17) filed on December 14, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the Joint Notice of No Objection (Doc. No. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 3, 2011 (Doc. No. 18) is ADOPTED and CONFIRMED and made a part of this Order.

   2. The Amended Motion to Approve Settlement (Doc. No. 17) is GRANTED to the extent that the Court finds the parties' settlement is fair and reasonable.

   3. This case is DISMISSED WITH PREJUDICE.

   4. The Clerk is directed to CLOSE the file.

   **DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 4, 2011.

Copies furnished to:

Counsel of Record

*[signature]*
ANNE C. CONWAY
United States District Judge